**Opinion issued August 23, 2012**



In The

# Court of Appeals
**For The**
# First District of Texas

---

## NO. 01-11-00172-CV

---

### SHEARETTA COLE AND ADRIAN COLE, Appellants

### V.

### DEUTSCHE BANK NATIONAL COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE3, Appellee

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 979725**

---

## MEMORANDUM OPINION

Appellants, Shearetta Cole and Adrian Cole, have failed to timely file a brief.

*See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure

of appellant to file brief). After being notified that this appeal was subject to dismissal, appellants did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Brown.